|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | UNITED STATES DISTRICT COURT | |
| 5 | SOUTHERN DISTRICT OF CALIFORNIA | |
| 6 | | |

UNITED STATES OF AMERICA,

                Plaintiff,

        V.

SAYA SOUVANNASENG,
  aka "Too Short,"

                Defendant.

Case No.: **22-MJ-444**

COMPLAINT FOR VIOLATION OF:

18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm

The undersigned complainant being duly sworn states:

**Count One**

On or about January 28, 2022, within the Southern District of California, defendant SAYA SOUVANNASENG, aka "Too Short," knowing his status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition that traveled in and affected interstate commerce, to wit: a Smith & Wesson, M&P Shield, Serial #JNF2451, .40 caliber; in violation of Title 18, United States Code, Section 922(g)(1).

//
//
//
//
//
//

The complainant further states that this complaint is based on the attached Probable Cause Statement incorporated herein by reference.


_____
Christopher Tews
Task Force Officer

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 8th day of February, 2022.

_____
HON. BERNARD G. SKOMAL
United States Magistrate Judge

**PROBABLE CAUSE STATEMENT**

On January 28, 2022, San Diego Police Department (SDPD) officers were on duty near 4600 El Cajon Blvd, City of San Diego, within the Southern District of California. The officers observed a vehicle leaving a known illegal gambling den and noted the vehicle had expired registration and a front cracked widow and proceeded to conduct a traffic stop.

Officers contacted the passenger of the vehicle and identified him as SAYA SOUVANNASENG, aka "Too Short." The officer had prior knowledge that there was probable cause to arrest SOUVANNASENG for being a convicted felon in possession of ammunition. SOUVANNASENG was removed from the vehicle and placed under arrest. SOUVANNASENG was taken to the patrol car and searched, during which a small plastic baggie containing white crystalline substance with a hard, round rock the size of a quarter was found in SOUVANNASENG's right shoe.

SOUVANNASENG stated the vehicle was his and provided officers with consent to search the vehicle. The vehicle was also searched due to SOUVANNASENG being placed under arrest and having a controlled substance on his person. Inside the vehicle an officer located a Smith and Wesson M&P Shield .40 caliber handgun Serial #JNF2451. The firearm was loaded with six (6) .40 caliber rounds in the magazine. The firearm was found inside the front dashboard of the vehicle within arms reach of SOUVANNASENG. A records check was later completed on the firearm by its serial number which revealed the firearm was stolen.

During the search officers also found a medium sized plastic container under the passenger side of the vehicle. The container was secured to the frame of the vehicle by magnets. Inside the plastic container was a medium sized baggie full of a white powdery substance believed to be a controlled substance. SDPD Lab verified the controlled substance was methamphetamine.

SOUANNASENG was taken to SDPD Mid-City Division where he agreed to be interviewed. During a post-Mirandized statement SOUVANNASENG indicated that the

gun found in the vehicle was his and he had just bought it on the street for $500. SOUVANNASENG believed his DNA and prints would be found on the firearm. SOUVANNASENG noted the magazine was loaded with ammunition, but a round was not chambered. SOUVANNASENG claimed to be first generation OKB (Oriental Killer Boys).

A record check on SOUVANNASENG revealed that he had the following criminal history:

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | TERM OF IMPRISONMENT |
|---|---|---|---|
| 05/17/2004 | California Superior Court – San Diego | Cal. Penal Code: 487(A) - Grand Theft and 496(A) - Receive Known Stolen Property | 3 years prison |
| 09/18/2007 | California Superior Court – San Diego | Cal Penal Code: 475- Poss Forged Notes; 530.5(A) Get Credit Use Other; 470(A) - Alter/Forge/Falsify Driver; | 4 years prison |
| 01/28/2010 | California Superior Court – San Diego | Violation of Parole | To finish term |
| 12/09/2010 | California Superior Court – San Diego | Violation of Parole | To finish term |
| 1/31/2017 | California Superior Court – San Diego | Cal Penal Code; 273.5(A) Infl Crpl Inj: Spouse/Cohab/Date; 136.1(B)(1) Att Prvnt/ETC Victim | 3 years prison, 3 years prison concurrent |

Preliminary checks revealed that the Smith & Wesson M&P Shield, Serial #JNF2451, was not manufactured in California. Therefore, the firearm traveled in, and/or affected interstate commerce to arrive in the state of California.

4